# EXHIBIT 1

Case 2:21-cv-08367-SB-SK  Document 1-1  Filed 10/21/21  Page 2 of 6  Page ID #:12

than even the largest of paid ad campaigns.

2)   When your brand has a vital TikTok trend, it's bound for success.

3)   We don't know what consumers really want until they show us."

ADVERTISEMENT



$22.99        $22.99        $22

FASHION**NOVA**

11. "Is investing a 'Squid Game'?? 2 investing lessons learned."



for less!        ROSS
Find your store

7:00

ⓘ   hollywoodreporter.com   🔗

# [Photos] 15 Celebs Who Are Gay That You Probably Didn't Know

StarsBuster - the star life



Womens Diamond On My Lips Long Sleeve Top in Charcoal Size 2X by...

Fashion Nova





THE 5
View Offers

Case 2:21-cv-08367-SB-SK   Document 1-1   Filed 10/21/21   Page 4 of 6   Page ID #:14





7:10



## Sponsored Content






5:29



Advertisement

**Fashion Nova**

Womens Diamond
On My Lips Long
Sleeve Top in...



Advertisement

**Growitch**

[Pics] Remember
Ziva from NCIS?
Wait Till You See...



Sponsored 1/5

Womens Diamond On My Lips
Long Sleeve Top in Charcoal...

*Fashion Nova*



ALL NEW Round Table Pizza BBQ BEEF & BACON Pizza   Large $19.99* +TAX LIMITED TIME   NEW PIZZA PANADA $7.99* +TAX LIMITED TIME