Staci Jennifer Riordan (SBN 232659)
sriordan@nixonpeabody.com
Jared Densen (SBN 325164)
jdensen@nixonpeabody.com
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, California  90071
Telephone:  213-629-6000
Facsimile:   213-629-6001

Attorneys for Defendant
FASHION NOVA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADAMUA, LLC, a California Limited Liability Company, | Case No.: 2:21-cv-08367 |
| Plaintiff, | **DEFENDANT FASHION NOVA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| FASHION NOVA, LLC and CODI PARK, INC., | Complaint Filed:          October 21, 2021 |
| Defendants. | |

Defendant FASHION NOVA, LLC ("FN" or "Defendant") hereby answers the Complaint ("Complaint") filed by VLADAMUA, LLC ("Plaintiff") for Copyright Infringement.

1

## **JURISDICTION AND VENUE**

2         1.     FN denies the allegations contained in paragraph 1 as the allegations

3   contained therein are legal conclusions.

4         2.     FN denies the allegations contained in paragraph 2 as the allegations

5   contained therein are legal conclusions.

6         3.     FN lacks sufficient information to either admit or deny the allegations

7   contained therein and on that basis denies each and every allegation contained in

8   paragraph 3.

9         4.     FN denies the allegations contained in paragraph 4 as FN's vendor

10  obtained a license for the image shown on the FN Top.

11        5.     FN lacks sufficient information to either admit or deny the allegations

12  contained therein and on that basis denies each and every allegation contained in

13  paragraph 5.

14

## **PARTIES**

15        6.     FN lacks sufficient information to either admit or deny the allegations

16  contained therein and on that basis denies each and every allegation contained in

17  paragraph 6.

18        7.     FN admits that it is a limited liability company duly organized and

19  existing under the laws of California, with its principal place of business at 2801 E

20  46th St Vernon, Los Angeles, CA 90058.

21

## **JURISDICTION AND VENUE**

22        8.     FN lacks sufficient information to either admit or deny the allegations

23  contained therein and on that basis denies each and every allegation contained in

24  paragraph 8.

25        9.     FN lacks sufficient information to either admit or deny the allegations

26  contained therein and on that basis denies each and every allegation contained in

27  paragraph 9.

28

10.     FN lacks sufficient information to either admit or deny the allegations contained therein and on that basis denies each and every allegation contained in paragraph 10.

## VLADAMUA'S COPYRIGHT REGISTRATION

11.     FN lacks sufficient information to either admit or deny the allegations contained therein and on that basis denies each and every allegation contained in paragraph 11.

12.     FN lacks sufficient information to either admit or deny the allegations contained therein and on that basis denies each and every allegation contained in paragraph 12.

13.     FN lacks sufficient information to either admit or deny the allegations contained therein and on that basis denies each and every allegation contained in paragraph 13.

14.     FN lacks sufficient information to either admit or deny the allegations contained therein and on that basis denies each and every allegation contained in paragraph 14.

15.     FN lacks sufficient information to either admit or deny the allegations contained therein and on that basis denies each and every allegation contained in paragraph 15.

## INTENTIONAL COPYING

16.     FN denies the allegations contained in paragraph 16.

17.     FN denies the allegations contained in paragraph 17.

18.     FN denies the allegations contained in paragraph 18.

19.     FN denies the allegations contained in paragraph 19.

20.     FN denies the allegations contained in paragraph 20.

## FIRST CLAIM FOR RELIEF

(For Infringement of Registered Copyright (Physical Product))

21.     Paragraph 21 contains no factual allegations and, therefore, does not require a response.  To the extent that paragraph 21 re-alleges the allegations of paragraphs 1-20, FN's responses to said paragraphs are unchanged here.

22.     FN lacks sufficient information to either admit or deny the allegations contained therein and on that basis denies each and every allegation contained in paragraph 22.

23.     FN denies the allegations contained in paragraph 23.

24.     FN denies the allegations contained in paragraph 24.

25.     FN denies the allegations contained in paragraph 25.

26.     FN denies the allegations contained in paragraph 26.

27.     FN denies the allegations contained in paragraph 27.

28.     FN denies the allegations contained in paragraph 28.

29.     FN denies the allegations contained in paragraph 29.

30.     FN denies the allegations contained in paragraph 30.

## **SECOND CLAIM FOR RELIEF**

31.     Paragraph 31 contains no factual allegations and, therefore, does not require a response.  To the extent that paragraph 31 re-alleges the allegations of paragraphs 1-30, FN's responses to said paragraphs are unchanged here.

32.     FN denies the allegations contained in paragraph 32.

33.     FN denies the allegations contained in paragraph 33.

34.     FN denies the allegations contained in paragraph 34.

35.     FN denies the allegations contained in paragraph 35.

36.     FN denies the allegations contained in paragraph 36.

37.     FN denies the allegations contained in paragraph 37.

38.     FN denies the allegations contained in paragraph 38.

39.     FN denies the allegations contained in paragraph 39.

40.     FN denies the allegations contained in paragraph 40.

1

## THIRD CLAIM FOR RELIEF

2   41.   Paragraph 41 contains no factual allegations and, therefore, does not

3   require a response.  To the extent that paragraph 41 re-alleges the allegations of

4   paragraphs 1-40, FN's responses to said paragraphs are unchanged here.

5   42.   FN denies the allegations contained in paragraph 42.

6   43.   FN denies the allegations contained in paragraph 43.

7   44.   FN denies the allegations contained in paragraph 44.

8   45.   FN denies the allegations contained in paragraph 45.

9

10

## ANSWER TO PLAINTIFF'S PRAYER FOR RELIEF

11   FN denies each and every averment and request for relief contained in the

12   Prayer for Relief of the Complaint.

13

14

## AFFIRMATIVE DEFENSES

15

## FIRST AFFIRMATIVE DEFENSE

16   1.   The Complaint and each and every purported claim for relief thereof,

17   fails to state facts sufficient to constitute any claim upon which relief may be

18   granted.

19

## SECOND AFFIRMATIVE DEFENSE

20   2.   The Complaint, and each and every purported claim for relief thereof,

21   is barred (in whole or in part) because FN has not infringed and is not liable for the

22   infringement of the purported copyright that Plaintiff asserts in this action, among

23   other things, because FN did not engage in access to or copying of Plaintiff's

24   purported copyrighted work.

25

## THIRD AFFIRMATIVE DEFENSE

26   3.   The Complaint and each and every purported claim for relief thereof,

27   is barred (in whole in part) because FN has not infringed and is not liable for the

28   infringement of the purported copyright that Plaintiff asserts in this action, among

1    other things, because FN is informed and believes and on that basis alleges that any
2    purportedly infringing products have not copied any purported constituent original
3    and protectable elements of Plaintiff's purported copyrighted works, with a
4    reasonable opportunity for investigation or discovery being likely to provide
5    evidentiary support.

6                       **FOURTH AFFIRMATIVE DEFENSE**

7        4.    FN is informed and believes and on that basis alleges that the
8    Complaint, and each and every purported claim for relief thereof, is barred (in
9    whole or in part) because the purported copyright that Plaintiff asserts in this action
10   is invalid, void, or unenforceable.

11                       **FIFTH AFFIRMATIVE DEFENSE**

12       5.    FN is informed and believes and on that basis alleges that the
13   Complaint, and each and every purported claim for relief thereof, is barred (in
14   whole or in part) by Plaintiff's fraud or deception in the copyright registration
15   process for which a reasonable opportunity for investigation or discovery is likely
16   to provide evidentiary support.

17                       **SIXTH AFFIRMATIVE DEFENSE**

18       6.    FN is informed and believes and on that basis alleges that the
19   Complaint, and each and every purported claim for relief thereof, is barred (in
20   whole or in part) by Plaintiff's misuse of the purported copyright for which a
21   reasonable opportunity for investigation or discovery is likely to provide
22   evidentiary support.

23                       **SEVENTH AFFIRMATIVE DEFENSE**

24       7.    Plaintiff's claims and the relief requested are barred based on fair use.

25                       **EIGHTH AFFIRMATIVE DEFENSE**

26       8.    Plaintiff's claims are barred, in whole or in part, because Plaintiff does
27   not have standing to bring its copyright claim.

28

**NINTH AFFIRMATIVE DEFENSE**

9.     FN is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because of Plaintiff's unclean hands for which a reasonable opportunity for investigation or discovery is likely to provide evidentiary support.

**TENTH AFFIRMATIVE DEFENSE**

10.     FN is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because FN was privileged and justified in acting as it did as a company acting for business purposes in the marketplace, protected by the privilege for competitors with a reasonable opportunity for investigation or discovery being likely to, provide evidentiary support.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.     FN is informed and believes and on that basis, alleges that the Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) because Plaintiff has failed to name parties necessary for a full and complete adjudication of its claims, including without limitation as required by Rule 19 of the *Federal Rules of Civil Procedure* with a reasonable opportunity for investigation or discovery being likely to provide evidentiary support.

**TWELFTH AFFIRMATIVE DEFENSE**

12.     The Complaint, and each and every purported claim for relief thereof, is barred (in whole or in part) by the applicable statute of limitations, and among other things, Plaintiff is barred from seeking recovery for any of FN's alleged infringements occurring more than three years before the filing of the Complaint, under Section 507 of Title 17 of the United States Code.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13.     FN is informed and believes and on that basis alleges that the Complaint, and each and every purported claim for relief thereof; is barred (in

FASHION NOVA, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

- 7 -

CASE NO. 2:21-CV-08367

1    whole or in part) because Plaintiff has sustained no loss or damages for which a

2    reasonable opportunity for investigation or discovery is likely to provide

3    evidentiary support.

4                    **FOURTEENTH AFFIRMATIVE DEFENSE**

5         14.    If Plaintiff suffered any damages, which FN denies, FN acted in good

6    faith, innocent of any knowledge or intent to infringe Plaintiff's rights or cause

7    damage to Plaintiff; and if such good faith and lack of intent does not preclude

8    liability, any general or statutory damages awarded to Plaintiff should be reduced

9    accordingly.

10                    **FIFTEENTH AFFIRMATIVE DEFENSE**

11        15.    The Complaint, and each and every purported claim for relief thereof,

12   fails to state facts sufficient to permit recovery of statutory damages against FN;

13   and therefore, no such award should be granted.

14                    **SIXTEENTH AFFIRMATIVE DEFENSE**

15        16.    The Complaint, and each and every purported claim for relief thereof,

16   fails to state facts sufficient to permit recovery of attorneys' fees against FN; and

17   therefore, no such award should be granted.

18                  **SEVENTEENTH AFFIRMATIVE DEFENSE**

19        17.    Plaintiff has failed to mitigate the damages, if any, that Plaintiff has

20   allegedly suffered.

21                   **EIGHTEENTH AFFIRMATIVE DEFENSE**

22        18.    FN, upon information and belief, alleges that Plaintiff failed to mark

23   properly its alleged copyrighted design and failed to give FN notice of the alleged

24   copyright infringement.

25                   **NINETEENTH AFFIRMATIVE DEFENSE**

26        19.    FN alleges that any purported damages sought by the Plaintiff in the

27   form of FN's profits are limited by the apportionment theory based on the

28

FASHION NOVA, LLC'S ANSWER TO
PLAINTIFF'S COMPLAINT                    - 8 -                    CASE NO. 2:21-CV-08367

percentage of profits attributable to the alleged infringement of the allegedly copyrighted work.

## TWENTIETH AFFIRMATIVE DEFENSE

20.     FN alleges that it is legally impossible for it to have engaged in infringement of Plaintiff's purported copyrighted work, as it did not supply, produce, license, manufacture, distribute, or sell Plaintiff's purported copyrighted work to any other defendant, nor did it supply, produce, license, manufacture, distribute, or sell any clothing or other goods containing Plaintiff's purported copyrighted work.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.     Plaintiff's claims and the relief requested are barred as Plaintiff's alleged work is not copyrightable due to its substantial similarity to previously-existing public domain and *scenes a faire* artwork.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

22.     Plaintiff's claims and the relief requested are barred as FN independently created its work, was unaware of Plaintiff prior to the institution of this suit, and therefore has not engaged in copyright infringement.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

23.     Plaintiff's purported copyrighted work and FN's work are not substantially similar, and thus Plaintiff cannot prove its claim of copyright infringement.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

24.     Plaintiff's purported copyrighted work and FN's work are not strikingly similar, and thus Plaintiff is obligated to prove access by FN to Plaintiff's work in order to succeed on its claim of copyright infringement.

1    WHEREFORE, FN prays as follows:

2    1.    That Plaintiff takes nothing, whether in the form of damages or

3    injunctive relief, by its Complaint;

4    2.    For a judgment dismissing the Complaint with prejudice;

5    3.    For costs of suit including, without limitation, reasonable attorneys'

6    fees as may be allowed under Section 505 of Title 17 of the United States Code and

7    as may otherwise be allowed by law;

8    4.    For a determination that Plaintiff's design is not copyrightable and an

9    order that any related Certificate of Registration be cancelled; and

10   5.    For such other and further relief as the Court deems just and proper.

11

12

13                                        Respectfully submitted,

     Dated:      December 14, 2021
14                                        NIXON PEABODY LLP

15

16                                        By:/s/ *Staci Jennifer Riordan*

17                                        Staci Jennifer Riordan
                                          Jared Densen
18                                        Attorneys for Defendant
                                          FASHION NOVA, LLC

19

20

21

22

23

24

25

26

27

28