Stephen McArthur (SBN 277712)
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
(323) 639-4455

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADAMUA, LLC,<br><br>Plaintiff(s)<br>v.<br><br>FASHION NOVA, LLC,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-08367-SB-SK<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that ___Diane Faber___ may serve as the Panel Mediator in the above-captioned case. ___Stephen McArthur___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___April 4, 2022___ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ]  The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 2/9/2022               /s/ Stephen McArthur
                              Attorney For Plaintiff   Vladamua, LLC

Dated: _____        _____
                              Attorney For Plaintiff   _____

Dated: 2/9/2022               /s/ Staci Trager (with permission)
                              Attorney For Defendant   Fashion Nova, LLC

Dated: _____        _____
                              Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**